# EXHIBIT A

# EXHIBIT A

## Certification of ADA Compliance

      I, James L. E. Terry, Chief Executive Officer, in my capacity as the Independent Licensed Architect retained by QuikTrip Corporation and approved by the United States pursuant to a certain Consent Decree executed by the parties and entered by the Court in *United States v. QuikTrip Corporation*,

      Hereby CERTIFY to the best of my knowledge, information, and belief that the QuikTrip Store identified below is in compliance with the physical accessibility requirements of the Consent Decree and the ADA Standards as of the date shown below.

Description of Facility at Issue:

    QT Store # __406__
    Division # __5__ - __Phoenix__

Features and Amenities provided at this Facility (*e.g.*, number of fuel dispensers and parking spaces):

    There are __12__ MPDs (Multi-product dispensers)
    There are __34__ parking spaces

Address of Facility:
    2212 E. Bell Road
    Phoenix, Arizona 85022

Pursuant to that certain Consent Decree, I have obtained from the Independent Licensed Architect retained by the United States prior approval of any innovative site-specific solutions or equivalent facilitation relied upon in making this Certification.

__7-10-11__

Date

__[signature]__

Signature of Independent Licensed Architect

# EXHIBIT B

# EXHIBIT B



**Photographic Certification Documentation   406**



**001 –** 1451r



**002 –** 1452r



**003 –** 1453r



**004 –** 1453.1r



**005** – 1453.2r



**006** – 1453.3r



**007** – 1453.4r



**008** – 1453.5r



**009** – 1453.6r



**010** – 1453.7r



**011** – 1453.8r



**012** – 1453.9r



**013** – 1453.10r



**014** – 1453.11r



**015** – 1453.12r



**016** – 1453.13r





**017** – 1453.14r

**018** – 1453.15r





**019** – 1453.16r

**020** – 1453.17r





**021** – 1453.18r

**022** – 1453.19r



**023** – 1453.20r



**024** – 1453.21r



**025** – 1458r



**026** – 1459r



**027** – 1460r



**028** – 1461r




**029** – 1461.1r

**030** – 1461.2r




**031** – 1461.3r

**032** – 1461.4r




**033** – 1461.5r

**034** – 1461.6r



**035** – 1461.7r



**036** – 1461.8r



**037** – 1461.9r



**038** – 1461.10r



**039** – 1461.11r

**END OF PHOTOGRAPHIC DOCUMENTATION**