LAW OFFICES
SHERMAN & HOWARD L.L.C.
7033 EAST GREENWAY PARKWAY, SUITE 250
SCOTTSDALE, ARIZONA 85254
TELEPHONE: (480) 624-2710
FAX: (480) 624-2029
(AZ BAR FIRM NO. 00441000)
John Alan Doran (AZ Bar No. 012112)
(JDoran@ShermanHoward.com)
Jake Tyler Rapp (AZ Bar No. 036208)
(Jrapp@ShermanHoward.com)
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>         Plaintiff,<br><br>v.<br><br>QuikTrip Corporation, an Oklahoma corporation,<br><br>         Defendant. | Case No. 2:20-cv-01937-ROS<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to this Court's order (Doc. 15), the parties provide this Report on Settlement Talks.

The parties have engaged in good faith settlement talks after the suit was filed. No settlement has been reached. Additionally, the parties are litigating a pending motion to dismiss (Doc. 19). Assistance from the Court is not needed at this time. The parties will conduct future settlement discussions if needed while the case develops.

RESPECTFULLY SUBMITTED this 6th day of August, 2021.

SHERMAN & HOWARD L.L.C.


By *s/John Alan Doran*
John Alan Doran, Esq.
Jake Tyler Rapp, Esq.
7033 East Greenway Parkway, Suite 250
Scottsdale, Arizona 85254
Attorneys for Defendant

By *s/George T. Blackmore (with permission)*
Afshin Afsharimehr, Esq.

53610222.1

George T. Blackmore, Esq.
Blackmore Law PLC
2828 N. Central Ave.
Phoenix, Arizona 85004
Attorneys for Plaintiff

ORIGINAL of the foregoing
e-filed with the Court this
 **6th** day of August, 2021

With a copy of the foregoing
e-delivered through
ECF system this
 **6th** day of August, 2021

Afshin Afsharimehr
George T. Blackmore
Blackmore Law PLC
2828 N. Central Ave.
Phoenix, AZ 85004
afshin@blackmorelawplc.com
george@blackmorelawplc.com
*Attorneys for Plaintiff*

s/Lori Hinkel